DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
THOMAS MICHAEL DOMICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-013 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| THOMAS MICHAEL DOMICH, | ) | |
| | ) | Date:  March 30, 2007 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

    THOMAS MICHAEL DOMICH, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of March 16, 2007 and set a new Status Conference date of March 30, 2007 at 9:00 a.m..

    The government is in the process of turning over the discovery to the defense.  The parties request additional time to allow the

1 defendant to review the discovery and ascertain the need for further
2 research or investigation, and to discuss the case and various options
3 with defense counsel.
4     IT IS STIPULATED between the parties that the time period between
5 the signing of this Order up to and including March 30, 2007, be
6 excluded in computing the time within which trial must commence under
7 the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
8 Local Code T4, for ongoing preparation of counsel.

12 Dated:  March 15, 2007
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Attorney for Defendant
                                    THOMAS MICHAEL DOMICH

19 **ORDER**
20 IT IS SO ORDERED.
21 Dated:  March 16, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Name of Pleading                    -2-