1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  THOMAS MICHAEL DOMICH

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,   ) No. CR-S-07-013 GEB
14                             )
                 Plaintiff,    )
15                             ) STIPULATION AND ORDER TO CONTINUE
        v.                     ) STATUS CONFERENCE
16                             )
   THOMAS MICHAEL DOMICH,      )
17                             ) Date:  April 20, 2007
                 Defendant.    ) Time:  9:00 a.m.
18                             ) Judge: Hon. Garland E. Burrell, Jr.
   _____)
19

20      THOMAS MICHAEL DOMICH, by and through his counsel, Caro Marks,
21 Assistant Federal Defender, and the United States Government, by and
22 through its counsel, William Wong, Assistant United States Attorney,
23 hereby stipulate and agree to vacate the previously scheduled Status
24 Conference date of March 30, 2007 and set a new Status Conference date
25 of April 20, 2007 at 9:00 a.m..
26      The government has provided discovery to the defense. The defense
27 has ordered and received a certified copy of defendant's criminal
28 record. The defense needs additional time to research defendant's

1  guidelines as to both his criminal history category and the offense
2  level, as in this particular case, both are relatively complicated.
3  Therefore, the defense requests additional time to complete this
4  research. Both parties request a continuance for this purpose and to
5  explore the possibility of a resolution of the case.

6      IT IS STIPULATED between the parties that the time period between
7  the signing of this Order up to and including April 20, 2007, be
8  excluded in computing the time within which trial must commence under
9  the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
10 Local Code T4, for ongoing preparation of counsel.

12 Dated:  March 21, 2007
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Attorney for Defendant
                                    THOMAS MICHAEL DOMICH


                                    /s/ William S. Wong
                                    _____
                                    WILLIAM S. WONG
                                    Assistant United States Attorney

22 **ORDER**

23 IT IS SO ORDERED.

24 Dated:  March 26, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge


Name of Pleading                    -2-