```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
THOMAS MICHAEL DOMICH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-013 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| THOMAS MICHAEL DOMICH, ) | |
| ) | Date: May 18, 2007 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

     THOMAS MICHAEL DOMICH, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of April 20, 2007 and set a new Status Conference date of May 18, 2007 at 9:00 a.m..

     The government has provided discovery to the defense, which defense counsel has reviewed with Defendant. The defense has also ordered and analyzed a certified copy of defendant's criminal record. The defense needs additional time to research defendant's guidelines

1  primarily as to the applicable offense level, as there is a dispute
2  about how to score one of the firearms under the firearm guideline,
3  U.S.S.G. 2K2.1.
4      Therefore, the defense requests additional time to complete this
5  research. Both parties request a continuance for this purpose and to
6  explore the possibility of a resolution of the case.
7      IT IS STIPULATED between the parties that the time period between
8  the signing of this Order up to and including May 18, 2007, be excluded
9  in computing the time within which trial must commence under the Speedy
10 Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4,
11 for ongoing preparation of counsel.
12 Dated:  April 11, 2007
                                          Respectfully submitted,
13
                                          DANIEL J. BRODERICK
14                                        Federal Defender
15
                                          /s/ Caro Marks
16                                        _____
                                          CARO MARKS
17                                        Attorney for Defendant
                                          THOMAS MICHAEL DOMICH
18
19 Dated: April 11, 2007                  /s/ William S. Wong
                                          _____
20                                        WILLIAM S. WONG
                                          Assistant United States Attorney
21
22 **ORDER**
23 IT IS SO ORDERED.
24 Dated:  April 12, 2007
25
26                                        _____
                                          GARLAND E. BURRELL, JR.
27                                        United States District Judge
28

Name of Pleading              -2-