DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
THOMAS MICHAEL DOMICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-013 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| THOMAS MICHAEL DOMICH, | ) | |
| | ) | Date: June 8, 2007 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

   THOMAS MICHAEL DOMICH, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of May 18, 2007 and set a new Status Conference date of June 8, 2007 at 9:00 a.m..

   parties need additional time to complete their respective investigations, including ongoing sentencing guidelines research. Both parties request a continuance for this purpose and to explore the

1 | possibility of a resolution of the case.

2 |     IT IS STIPULATED between the parties that the time period between
3 | the signing of this Order up to and including June 8, 2007, be excluded
4 | in computing the time within which trial must commence under the Speedy
5 | Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4,
6 | for ongoing preparation of counsel.

8 | Dated:  May 17, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
THOMAS MICHAEL DOMICH

15 | Dated: May 17, 2007          /s/ William S. Wong
_____
WILLIAM S. WONG
Assistant United States Attorney

18 | **ORDER**

19 | IT IS SO ORDERED.

20 | Dated:  May 17, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Name of Pleading                    -2-