1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
THOMAS MICHAEL DOMICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-013 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| THOMAS MICHAEL DOMICH, ) | |
| ) | Date: December 7, 2007 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

  THOMAS MICHAEL DOMICH, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of November 9, 2007 and set a new Status Conference date of December 7, 2007 at 9:00 a.m..

  The defense needs additional time to pursue a Section 5k variance under the guidelines.  This will entail investigation by this office to assist the government in formulating a possible 5K sentence.

1     Therefore, the defense requests additional time to complete this
2  research. Both parties request a continuance for this purpose and to
3  explore the possibility of a resolution of the case.
4     IT IS STIPULATED between the parties that the time period between
5  the signing of this Order up to and including December 7, 2007, be
6  excluded in computing the time within which trial must commence under
7  the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
8  Local Code T4, for ongoing preparation of counsel.

10 Dated:   November 8, 2007
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
12                                  Federal Defender


                                    /s/ Caro Marks
14                                  _____
                                    CARO MARKS
15                                  Attorney for Defendant
                                    THOMAS MICHAEL DOMICH

17 Dated: November 8, 2007          /s/ William S. Wong
                                    _____
18                                  WILLIAM S. WONG
                                    Assistant United States Attorney

20                                  **ORDER**

21 IT IS SO ORDERED.

22 Dated: November 13, 2007

                                    _____
23                                  GARLAND E. BURRELL, JR.
                                    United States District Judge

Name of Pleading domich s/o       -2-