```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
THOMAS MICHAEL DOMICH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>     v.                           )<br>                                  )<br>THOMAS MICHAEL DOMICH,            )<br>                                  )<br>            Defendant.            )<br>_____ ) | No. CR-S-07-013 GEB<br><br>STIPULATION AND ORDER TO CONTINUE<br>STATUS CONFERENCE<br><br>Date:   February 29, 2008<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

     THOMAS MICHAEL DOMICH, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of January 18, 2008 and set a new Status Conference date of February 29, 2008 at 9:00 a.m..

     The defense needs additional time to pursue a Section 5k variance under the guidelines.  This will entail investigation by this office to assist the government in formulating a possible section 5K sentence.

Additionally, defense counsel is currently in jury trial and unable to attend the current status conference.

Therefore, the defense requests additional time to complete this research. Both parties request a continuance for this purpose and to explore the possibility of a resolution of the case.

IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including February 29, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  January 15, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
THOMAS MICHAEL DOMICH

Dated: January 15, 2008          /s/ William S. Wong
_____
WILLIAM S. WONG
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  January 17, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Name of Pleading domich s/o        -2-