DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THOMAS MICHAEL DOMICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-013 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE |
|  | ) STATUS CONFERENCE |
| THOMAS MICHAEL DOMICH, | ) |
| Defendant. | ) Date: March 28, 2008 |
|  | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Garland E. Burrell, Jr. |

THOMAS MICHAEL DOMICH, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of March 14, 2008 and set a new Status Conference date of March 28, 2008 at 9:00 a.m..

The parties need additional time to allow the parties to evaluate the defendant's performance under section 5K of the federal sentencing guidelines, in order to negotiate a resolution and set the matter for

1  entry of plea. Defense counsel has been in trial and will be away the
2  week of March 17, while counsel for both parties still need additional
3  time to meet and confer about a resolution of the case. The parties
4  anticipate the next hearing should be a change of plea.
5      Both parties request a continuance for this purpose.
6      IT IS STIPULATED between the parties that the time period between
7  the signing of this Order up to and including March 28, 2008, be
8  excluded in computing the time within which trial must commence under
9  the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
10 Local Code T4, for ongoing preparation and continuity of counsel.

12 Dated:  March 11, 2008
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
14                                  Federal Defender

                                    /s/ Caro Marks
16                                  _____
                                    CARO MARKS
17                                  Attorney for Defendant
                                    THOMAS MICHAEL DOMICH

19 Dated: March 11, 2008            /s/ William S. Wong
                                    _____
20                                  WILLIAM S. WONG
                                    Assistant United States Attorney

22                              **ORDER**

23 IT IS SO ORDERED.

25 Dated:  March 12, 2008

                                    _____
27                                  GARLAND E. BURRELL, JR.
                                    United States District Judge

Name of Pleading domich s/o       -2-