UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>THOMAS DOMICH,<br><br>        Defendant. | No. 2:07-cr-00013-GEB<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINTATION OF SUPERVISED RELEASE**\* |

Defendant Thomas Domich moves for early termination of supervised release. (See Def.'s Mot., ECF No. 43.) The undersigned judge has communicated with the Probation Department concerning Defendant's request, and based on that Department's response, the request is DENIED.

Dated:  December 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

\* The hearing on December 18, 2015, is vacated since this matter is suitable for decision without oral argument.

1